GEMINI RESTORATION, INC. v. SELECTED RISKS
INSURANCE COMPANY.

June 9, 1987.

Petition for certification denied.

ESTATE OF JESSE GILL v. TEANECK NURSING HOME.

MAE ALSTON v. TEANECK NURSING HOME.

June 9, 1987.

Petition for certification denied.

CARL LARSSON v. SAMUEL GRAHAM, INC.

KATHLEEN MARIE LARSSON v. SAMUEL GRAHAM, INC.

June 9, 1987.

Petition for certification denied.

GEORGE REILLY v. FRANK E. BRICE.

June 9, 1987.

Petition for certification granted.